UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

KOREY DEMICHAEL BALLARD,
  a/k/a "Dizzle,"
CHARLES XAVIER WILLIAMS,
DESHUN LEE HOLMES, and
DEMYRON LASHUN ROBINSON,     **INDICTMENT**

    Defendants.
_____/

The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From in or about July 2025 to November 2025, in Berrien County, in the Western District of Michigan, Southern Division, and elsewhere, the defendants,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
CHARLES XAVIER WILLIAMS,
DESHUN LEE HOLMES,
and
DEMYRON LASHUN ROBINSON,

knowingly and intentionally agreed and conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

Mandatory Minimum Quantities

With respect to defendants KOREY DEMICHAEL BALLARD, a/k/a "Dizzle," and CHARLES XAVIER WILLIAMS, the grand jury alleges that the amount of controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other coconspirators reasonably foreseeable to them, is 50 grams or more of methamphetamine, a Schedule II controlled substance.

With respect to defendant DESHUN LEE HOLMES, the grand jury alleges that the amount of controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other coconspirators reasonably foreseeable to him, is 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(ii), (vi)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**
(Distribution of Cocaine)

On or about July 13, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
(Distribution of Cocaine)

On or about August 6, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

    KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 4
(Distribution of Cocaine)

On or about August 22, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

# COUNT 5
(Distribution of Cocaine)

On or about September 2, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendants,

> KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
> and
> DEMYRON LASHUN ROBINSON,

knowingly and intentionally distributed cocaine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 6
(Distribution of Methamphetamine (Mixture))

On or about September 10, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendants,

> KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
> and
> CHARLES XAVIER WILLIAMS,

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
18 U.S.C. § 2

# COUNT 7
(Distribution of Cocaine)

On or about September 18, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendants,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
and
DEMYRON LASHUN ROBINSON,

knowingly and intentionally distributed cocaine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**COUNT 8**
(Distribution of Methamphetamine)

On or about October 3, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendants,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
and
CHARLES XAVIER WILLIAMS,

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
18 U.S.C. § 2

## COUNT 9
(Distribution of Cocaine)

On or about October 9, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"

knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

# COUNT 10
(Distribution of Methamphetamine and Cocaine)

On or about October 29, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendant,

KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

# COUNT 11
(Distribution of Cocaine)

On or about November 13, 2025, in Berrien County, in the Western District of Michigan, Southern Division, the defendants,

> KOREY DEMICHAEL BALLARD, a/k/a "Dizzle,"
> and
> DEMYRON LASHUN ROBINSON,

knowingly and intentionally distributed cocaine, a Schedule II controlled substance, and aided and abetted each other in the same offense.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**COUNT 12**
(Possession With Intent to Distribute Fentanyl and Cocaine)

On or about November 19, 2025, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

DESHUN LEE HOLMES,

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii), (vi)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_[signature]_
_____
VITO S. SOLITRO
Assistant United States Attorney